Jeffrey I. Golden, A Partner of
**WEILAND, GOLDEN**
**SMILEY, WANG EKVALL & STROK, LLP**
P.O. Box 2470
Costa Mesa, California 92628-2470
Telephone: (714) 445-1013
Facsimile: (714) 966-1002

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>PUMP MEDIA, INC.,<br><br>Debtor(s). | Case No. 8:09-bk-17790-ES<br><br>Chapter 7 Case<br><br>**NOTICE OF UNCLAIMED FUNDS (FRBP 3011)**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 1003 in the sum of $250.58 representing the total amount of unclaimed fund(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name, address, and amount to be paid to each person entitled to said unclaimed funds is attached.

Dated: FEB 01 2011

JEFFREY I. GOLDEN
Chapter 7 Trustee

**ATTACHMENT**

The name and address of the party entitled to said unclaimed funds is as follows:

| PARTY NAME | AMOUNT |
| --- | --- |
| Pump Media, Inc. (Debtor)<br>3100 Airway Avenue, Suite 108<br>Costa Mesa, CA 92626 | $250.58 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

JEFFREY I. GOLDEN, TRUSTEE
P.O. BOX 2470
COSTA MESA, CA 92628-2470

**BANK OF AMERICA, N.A.**
**CUSTOMER CONNECTION**

CHECK NUMBER
**1003**

UNCLAIMED FUNDS
FUNDS ABANDONED BACK TO DEBTOR PER
NOTICE OF INTENT TO ABANDON PROPERTY
FILED ON JANUARY 14, 2010

| DATE | AMOUNT |
|---|---|
| 02/01/11 | *********250.58 |

| CASE NUMBER | DEBTOR |
|---|---|
| 8:09-17790 ES | PUMP MEDIA, INC. |

**PAY TO THE ORDER OF**

U.S. BANKRUPTCY COURT

*Two Hundred Fifty Dollars And 58/100*

TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001003⑈ ⑆111000012⑆ 4429485956⑈

| Date: 02/01/11 | Check Number: 1003 | Amount: 250.58 |
|---|---|---|

Debtor Name: PUMP MEDIA, INC.
Case Number: 8:09-17790 ES

| Paid To: U.S. BANKRUPTCY COURT | JEFFREY I. GOLDEN, TRUSTEE<br>P.O. BOX 2470<br>COSTA MESA, CA 92628-2470 |
|---|---|

Description: UNCLAIMED FUNDS FUNDS ABANDONED BACK TO DEBTOR PER NOTICE OF INTENT TO ABANDON PROPERTY FILED ON JANUARY 14, 2010

Bank Account Number: 4429485956

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described as **NOTICE OF UNCLAIMED FUNDS (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 1, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Jeffrey I Golden ljones@wgllp.com, jgolden@ecf.epiqsystems.com**
**United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**
**J Scott Williams jwilliams@williamsbkfirm.com**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 1, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Honorable Judge Erithe Smith (By Personal Delivery)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 1, 2011 | Lori Werner | [signature] |
|---|---|---|
| *Date* | *Type Name* | *Signature* |